```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
                                 :
UNITED STATES OF AMERICA         :
                                 :
        - v. -                   :      INDICTMENT
                                 :
NEVILLE PATTERSON,               :      12 CRIM 486
                                 :
        Defendant.                :
                                 :
- - - - - - - - - - - - - - - - x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 21 2012

## COUNT ONE

The Grand Jury charges:

1. On or about January 28, 2012, in the Southern District of New York, NEVILLE PATTERSON, the defendant, willfully did forcibly assault, resist, oppose, impede, intimidate, and interfere with a person designated in Title 18, United States Code, Section 1114, while such person was engaged in and on account of the performance of his official duties; to wit, the defendant attacked an on-duty United States Postal Carrier in the Bronx.

2. The attack did inflict bodily injury.

(Title 18, United States Code, Sections 111(a), 111(b) and 1114.)

_____        _____
FOREPERSON                              PREET BHARARA
                                        United States Attorney

JUDGE GARDEPHE